# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | CV-14-83-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| JUNKERMIER, CLARK, CAMPANELLA, STEVENS, P.C., DRAGGIN' Y CATTLE COMPANY, INC., and ROGER and CARRIE PETERS, individuals, | |
| Defendants. | |
| DRAGGIN' Y CATTLE COMPANY, INC., and ROGER and CARRIE PETERS, | |
| Counter-Plaintiffs, | |
| vs. | |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | |
| Counter-Defendant. | |

The Court conducted a hearing on all pending motions on September 30, 2015.

For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 43-1) is DENIED.

2. Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 43-2) is DENIED.

3. Defendants' Motion for Protective Order Staying Discovery (Doc. 46) is DENIED as moot.

4. Defendants' Motion for Partial Summary Judgment for Declaratory Relief (Doc. 49-1) is DENIED.

5. Defendants' Motion to Certify Question of Law (Doc. 49-2) is DENIED.

DATED this 1st day of October, 2015.

Brian Morris
United States District Court Judge