Thomas A. Marra
Kirk D. Evenson
MARRA, EVENSON & BELL, P.C.
2 Railroad Square, Suite C
P.O. Box 1525
Great Falls, MT 59405
Phone: (406) 268-1000
Facsimile: (406)761-2610
Email: tmarra@marralawfirm.com
*(Attorneys for Marra, Evenson & Bell, P.C., Non-Party)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUNKERMIER, CLARK, CAMPANELLA, STEVENS, P.C., DRAGGIN'Y CATTLE COMPANY, INC., and ROGER and CARRIE PETERS, individuals,<br><br>　　　　Defendants. | **Cause No. CV-14-00083-BMM-JTJ**<br><br><br>**NOTICE OF SUBMISSION** |
| DRAGGIN'Y CATTLE COMPANY, INC. and ROGER and CARRIE PETERS,<br><br>　　　　Counter-Plaintiffs,<br><br>vs.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>　　　　Counter-Defendants. | |

COMES NOW, Non-Party Marra, Evenson & Bell, P.C., and hereby submits the attached Marra, Evenson & Bell, P.C. Privilege Logs pursuant to this Court's Order dated March 14, 2016. (Doc. 205).

DATED this 18th day of March, 2016.

By: /s/ Thomas A. Marra
Marra, Evenson & Bell, P.C.
*Attorneys for Marra, Evenson & Bell, P.C., Non-Party*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, a copy of the foregoing was filed and served on the following persons by the following means:

| | |
|---|---|
| 1-5 | CM/ECF |
| ____ | Hand delivery |
| ____ | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. Clerk, U.S. District Court

2. Gary M. Zadick
   UGRIN, ALEXANDER, ZADICK & HIGGINS, P.C.
   #2 Railroad Square, Suite B
   P.O. Box 1746
   Great Falls, MT 59403

3.  Donald L. Harris
    HARRIS & ASSOCIATES, PLLC
    3936 Avenue B, Suite 2
    Billings, MT 59102

4.  Timothy B. Strauch
    STRAUCH LAW FIRM, PLLC
    257 West Front Street, Suite A
    Missoula, MT 59802

5.  Mark C. Goodman (*pro hac vice*)
    Brandon P. Rainey (*pro hac vice*)
    HOGAN LOVELLS US LLP
    3 Embarcadero Center, 15th Floor
    San Francisco, CA 94111

By: /s/ Thomas A. Marra
Marra, Evenson & Bell, P.C.
*Attorneys for Marra, Evenson & Bell, P.C., Non-Party*