**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

NEW YORK MARINE AND
GENERAL INSURANCE
COMPANY,

          Plaintiff,

vs.

JUNKERMIER, CLARK,
CAMPANELLA, STEVENS, P.C.,
DRAGGIN' Y CATTLE COMPANY,
INC., and ROGER and CARRIE
PETERS, individuals,

          Defendants.

JUNKERMIER, CLARK,
CAMPANELLA, STEVENS, P.C.,
DRAGGIN' Y CATTLE COMPANY,
INC., and ROGER and CARRIE
PETERS, individuals,

          Counter-Plaintiffs,

vs.

NEW YORK MARINE AND
GENERAL INSURANCE
COMPANY,

          Counter-Defendant.

**CV-14-83-GF-BMM-JTJ**

**ORDER**

1

## ORDER

For the reasons stated in open court on December 5, 2018, the Court enters the following Orders:

IT IS ORDERED that non-party's motion to quash subpoenas (Doc. 97) is DENIED.

IT IS ORDERED that Junkermier, Clark, Campanella, Stevens, P.C.'s ("JCCS") motion for a protective order (Doc. 99) is DENIED.

IT IS ORDERED that JCCS's motion for protective order re: Patrick HagEstad's deposition and motion to quash subpoena (Doc. 121) is DENIED.

IT IS ORDERED that JCCS's motion to compel discovery withheld by New York Marine ("NYM") (Doc. 174) is GRANTED.

IT IS ORDERED that Defendant's motion to require NYM to pay expert fees (Doc. 177) is GRANTED, to the extent that NYM must pay for four (4) hours of expert preparation time at the rate alleged in the motion.

IT IS ORDERED that JCCS's motion for judicial notice (Doc. 259) is GRANTED.

IT IS ORDERED that NYM's motion to dismiss the first amended counterclaim (Doc. 260) is held in abeyance until the Montana Supreme Court

issues an opinion on the corresponding case and the Court resolves NYM's claim for a declaratory judgement.

IT IS ORDERED that JCCS's motion to certify question of law (Doc. 262) is DENIED.

IT IS ORDERED that NYM's motion to continue trial dates and all pretrial deadlines (Doc. 273) is GRANTED and an order reflecting the new deadlines and trial date will be filed separately.

DATED this 14th day of December, 2018.

Brian Morris
United States District Court Judge