Marshal Mickelson
Corette Black Carlson & Mickelson
129 W. Park Street, Suite 301
Butte, MT  59701
Phone: (406) 782-5800
Facsimile: (406)723-8919
Email: mmick@cpklawmt.com
*(Attorneys for Marra, Evenson & Levine, P.C., Non-Party)*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br>　　　　　Plaintiff,<br>vs.<br><br>JUNKERMIER, CLARK, CAMPANELLA, STEVENS, P.C., DRAGGIN'Y CATTLE COMPANY, INC., and ROGER and CARRIE PETERS, individuals,<br><br>　　　　　Defendants. | **Cause No. CV-14-00083-BMM-JTJ**<br><br>**NON-PARTIES' FILING OF PROOF OF COSTS PURSUANT TO THE COURT'S ORDER OF SEPTEMBER 10, 2019** |
| DRAGGIN'Y CATTLE COMPANY, INC. and ROGER and CARRIE PETERS,<br>　　　　　Counter-Plaintiffs,<br>vs.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>　　　　　Counter-Defendants. | |

Non-Parties Thomas A. Marra, Kirk D. Evenson, and Marra, Evenson & Levine, P.C., request an award of their costs in responding to the Subpoena and preparation of the privilege log, as ordered by the Court on September 10, 2019. Compliance with the production must include the condition that the serving party, here NYM, compensate the recipients who are a non-party to the litigation. *Legal Voice v. Storans, Inc.*, 757 F.3d. 1015 (9th Cir. 2014); *Legal Voice v. Storans, Inc.*, 738 F.3d 1178, 1183-84 (9th Cir. 2013)(Rule 45(d)(2)(B(ii) requires the district court to shift a non-party's costs of compliance with a subpoena, if those costs are significant).

Attached are the time records and disbursements, with invoices, for compliance with the Subpoena and preparation of the privilege log. The costs were significant and the non-party requests an Order of the Court awarding the costs and fees.

DATED this  5th  day of December, 2019.

/s/ Marshal L. Mickelson
Corette Black Carlson & Mickelson
Attorneys for Marra, Evenson &
Levine, P.C., Non-Party